# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5374** **September Term, 2026**

**1:26-cv-00477-ACR**

**Filed On: October 28, 2026** [2200733]

DC Preservation League, et al.,

Appellees

v.

United States Department of the Interior, et al.,

Appellants

## ORDER

The notice of appeal was filed on October 28, 2026, and docketed in this court on October 28, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 30, 2026 |
| Docketing Statement Form | November 30, 2026 |
| Entry of Appearance Form (Attorneys Only) | November 30, 2026 |
| Procedural Motions, if any | November 30, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 30, 2026 |
| Statement of Issues to be Raised | November 30, 2026 |
| Transcript Status Report | November 30, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | November 30, 2026 |
| Dispositive Motions, if any | December 14, 2026 |

It is

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5374** **September Term, 2026**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 30, 2026 |
| Entry of Appearance Form (Attorneys Only) | November 30, 2026 |
| Procedural Motions, if any | November 30, 2026 |
| Dispositive Motions, if any | December 14, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)